UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHANCE and TIFFANY ELLIOTT, as husband and wife, and as natural parents of AUGUST DEAN ELLIOTT, a minor child. deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY SMITH, R.N., AYA HEALTHCARE, INC. and/or AYA HEALTHCARE SERVICES, INC., JOHN DOE and JANE DOE, husband and wife, I through X, and BUSINESS ENTITIES I through X,<br>                        Defendants. | Case No. 1:16-cv-388-BLW<br><br>**ORDER OF DISMISSAL** |

A Stipulation for Dismissal with Prejudice (Docket No. 22) having duly and regularly come before this Court, and good cause appearing therefor,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 22) is APPROVED and that this action is DISMISSED WITH PREJUDICE and without costs or attorney fees to any party. The Clerk shall close this case.

DATED: January 24, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court